## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PAMELA SWINNEY,

    Plaintiff,                                       CASE NO. 8:10-cv-00909-JSM-MAP

v.

DUNN, JOHNSTON & BROWN, INC.,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

PAMELA SWINNEY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, DUNN, JOHNSTON & BROWN (Defendant), in this case.

                                                   RESPECTFULLY SUBMITTED,

                                                   By: /s/ James Pacitti_____
                                                   James Pacitti (FBN: 119768)
                                                   Krohn & Moss, Ltd
                                                   10474 Santa Monica Blvd, Suite 401
                                                   Los Angeles, CA 90025
                                                   (323) 988-2400 x230
                                                   (866) 802-0021 (fax)
                                                   jpacitti@consumerlawcenter.com
                                                   Attorney for Plaintiffs