UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAMELA SWINNEY,

    Plaintiff,

v.                                      Case No. 8:10-cv-909-T-30MAP

DUNN, JOHNSTON & BROWN INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. #4). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 17, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-909.dismiss 4.wpd